NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3111

CHRISTOPHER D. ROCHE,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in NY0752070359-I-1.

ON MOTION

ORDER

The Department of Transportation moves without opposition to withdraw as intervenor.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The revised official caption is reflected above.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Marguerite L. Graf, Esq.
Joyce G. Friedman, Esq.
Michael J. Dierberg, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK